SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar # 114789)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mark.dosker@squiresanders.com

SQUIRE SANDERS (US) LLP
Adrienne R. Salerno (CA Bar # 258153)
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581
Email: adrienne.salerno@squiresanders.com

Attorneys for Defendant
SOUTHWESTERN & PACIFIC
SPECIALTY FINANCE, INC. dba CHECK 'N GO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BERNAL, on behalf of herself and all persons similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. dba CHECK 'N GO, AND Does 1 through 100, inclusive<br><br>    Defendants. | Case No.: C12-05797-SBA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING LENGTH OF OPPOSITION AND REPLY BRIEFS AND DEADLINE FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

The parties to this action, by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, on December 5, 2012, Defendant Southwestern & Pacific Specialty Finance, Inc. ("Southwestern") filed a Motion to Compel Arbitration and Stay Proceedings (*See* Dkt. 13);

WHEREAS, on December 15, 2012, counsel for Plaintiff Paul Bernal contacted Southwestern's counsel asking for consent to Plaintiff's request to submit an opposition brief of 19 pages in length, which is more than the 15 pages permitted by this Court's Standing Order;

WHEREAS, on December 16, 2012, counsel for Southwestern indicated that while she did not believe additional pages for the opposition brief were necessary, she would consent to Plaintiff's request for additional pages provided that Plaintiff would consent to providing three (3) additional pages to Southwestern in its reply brief and, in view of the holidays, extending the date for Southwestern to file its reply brief until January 4, 2013;

WHEREAS, on December 17, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Submit an Opposition in Excess of 15 Pages But Not To Exceed 20 Pages. (*See* Dkt. 17).

///

///

///

STIPULATION AND ORDER ON BRIEFING RELATED TO DEFENDANT'S MOTION TO COMPEL ARBITRATION -- CASE NO. C12-05797-SBA

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. Plaintiff may submit an opposition brief to Southwestern's Motion to Compel Arbitration and Stay Proceedings that does not exceed 20 pages;

2. Southwestern may submit a reply brief in further support of its Motion to Compel Arbitration that does not exceed 13 pages;

3. Southwestern shall have through and including January 4, 2013 to submit its reply brief in further support of its Motion to Compel Arbitration and Stay Proceedings.

Dated: December 17, 2012     SQUIRE SANDERS (US) LLP

By: /s/Adrienne R. Salerno
    Adrienne R. Salerno

Attorneys for Defendant
SOUTHWESTERN AND PACIFIC
SPECIALTY FINANCE, INC.
dba CHECK 'N GO

Dated: December 17, 2012     LAKESHORE LAW CENTER

By: /s/ Jeffrey Wilens
    Jeffrey Wilens

Attorneys for Plaintiff
PAULA BERNAL

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                                 */s/ Adrienne R. Salerno*
                                                                     Adrienne R. Salerno

# ORDER

1. Plaintiff may submit an opposition brief to Southwestern's Motion to Compel Arbitration and Stay Proceedings that does not exceed 20 pages;

2. Southwestern may submit a reply brief in further support of its Motion to Compel Arbitration that does not exceed 13 pages; and

3. Southwestern shall have through and including January 4, 2013 to submit its reply brief in further support of its Motion to Compel Arbitration and Stay Proceedings.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 18, 2012

_____
United States District Judge

# CERTIFICATE OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On December 17, 2012, a copy of the following document(s):

**STIPULATION AND ORDER EXTENDING LENGTH OF OPPOSITION AND REPLY BRIEFS AND DEADLINE FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

was served on:

| | |
|---|---|
| Lakeshore Law Center<br>Jeffrey Wilens, Esq.<br>18340 Yorba Linda Blvd.<br>Suite 107-610<br>Yorba Linda, CA 92886<br>Telephone: (714) 854-7205<br>jeff@lakeshorelaw.org | The Spencer Law Firm<br>Jeffrey P. Spencer, Esq.<br>903 Calle Amanecer, Suite 220<br>San Clemente, CA 92673<br>Telephone: (949) 240-8595<br>jps@spencerlaw.net |

Service was accomplished as follows.

☐ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **By Electronic Means.** On the above date, I filed the above-mentioned document(s) by electronic means with the Court. As such, the Court electronically mailed such document(s) to the parties noted above, whose electronic mail address is set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 17, 2012, at Los Angeles, California.

/s/ *Phannie H. Tsui*
Phannie H. Tsui