1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                             OAKLAND DIVISION
6

7
8  PAULA BERNAL, on behalf of herself         Related Actions
   and all persons similarly situated;        Case No:  C 12-5797 SBA
                                              Case No:  C 13-1159 SBA
9             Plaintiff,
                                              **ORDER CONTINUING
10    v.                                      CASE MANAGEMENT
                                              CONFERENCE**
11 SOUTHWESTERN & PACIFIC
   SPECIALTY FINANCE, INC. dba
12 CHECK 'N GO, AND Does 1 through 100,
   inclusive,
13
              Defendants.
14

15 BILL GRAVES and MINERVA LOPEZ,
   on behalf of themselves and all persons
16 similarly situated,

17            Plaintiffs,

18    v.

19 SOUTHWESTERN & PACIFIC
   SPECIALTY FINANCE, INC. dba
20 CHECK 'N GO, AND Does 1 through 100,
   inclusive,
21
              Defendants.
22

23     IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for
24 **August 15, 2013 at 2:45 p.m.** is CONTINUED to **October 17, 2013 at 3:15 p.m.**  Prior to
25 the date scheduled for the conference, the parties shall meet and confer and prepare a joint
26 Case Management Conference Statement.  Plaintiff is responsible for filing the joint
27 statement no less than seven (7) days prior to the conference date.  The joint statement shall
28 comply with the Standing Order for All Judges of the Northern District of California and

1 the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call,
2 and on the specified date and time, shall call (510) 637-3559 with all parties on the line.
3     IT IS SO ORDERED.
4 Dated:   8/15/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge