1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              OAKLAND DIVISION
6

| | |
|---|---|
| PAULA BERNAL, on behalf of herself and all persons similarly situated;<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. dba CHECK 'N GO, AND Does 1 through 100, inclusive,<br><br>    Defendants. | Related Actions<br>Case No:  C 12-5797 SBA<br>Case No:  C 13-1159 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| BILL GRAVES and MINERVA LOPEZ, on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. dba CHECK 'N GO, AND Does 1 through 100, inclusive,<br><br>    Defendants. | |

   IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for **August 15, 2013 at 2:45 p.m.** is CONTINUED to **October 17, 2013 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and

1 the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call,
2 and on the specified date and time, shall call (510) 637-3559 with all parties on the line.
3     IT IS SO ORDERED.
4 Dated:   8/15/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge