UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAULA BERNAL, on behalf of herself and all persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. DBA CHECK 'N GO, and Does 1 through 100 inclusive,<br><br>    Defendants. | Case No: C 12-05797 SBA<br><br>**ORDER** |

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than sixty (60) days from the date this Order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

    IT IS SO ORDERED.

Dated: 8/27/2014

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge